

# CARLA SANDERSON

ATTORNEY   NY, NJ, SDNY, EDNY

260 MADISON AVENUE  FL 22  |  T 646.499.3818
NEW YORK, NEW YORK 10016  |  F 646.499.3814
carla@carlasandersonlaw.com  |  carlasandersonlaw.com

October 21, 2020

**Via ECF**
The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. Nathaniel Lugo*
      1:20cr-00126-LTS

Dear Judge Swain:

I represent Nathaniel Lugo in the above-referenced matter. On April 3, 2020, Mr. Lugo was released, with the consent of the government, on a $50,000 bond signed by two co-signors and subject to conditions including home detention with electronic monitoring, travel restricted to the Southern and Eastern Districts of New York, surrender of all travel documents with no new applications, Pre-trial Services supervision as directed, no contact with co-defendants unless in the presence of counsel and drug testing and treatment as directed by Pre-trial services. Additionally, the bond stated that Mr. Lugo will reside with his brother Jacob Lugo.

Due to a change in family circumstances, Mr. Lugo will no longer be able to reside with Jacob Lugo and instead will be residing at an address provided to Pre-trial Services. Accordingly, I request that the condition stating that Mr. Lugo will be residing with Jacob Lugo be removed from his bond. I have discussed this request with the government (AUSA Adam Hobson) and Pre-trial Services (Officer Leonthe Barrios) and they consent to this request. Additionally, I have spoken to Tiesha Lugo who confirmed that she and her husband Alex Cintron, the suretors on Mr. Lugo's bond, consent to this request.

I thank Your Honor for her consideration.

The requested modification is granted. DE#124 resolved.
SO ORDERED.
10/21/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

/s/

Carla Sanderson